UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:09-CR-344-1D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | ORDER TO RELEASE RECORDS |
| | ) | TO COUNSEL |
| RICHARD WILSON, | ) | |
| Defendant. | ) | |

THIS matter coming to be heard upon Motion of counsel for Defendant Richard Wilson, and this Court finding good cause for granting the relief requested;

It is therefore Ordered that the Federal Medical Center in Lexington, Kentucky, shall release to counsel David W. Venable a copy of any and all medical and mental health records, including but not limited to psychology data system records, for counsel's review and use in his representation of Defendant Richard Wilson.

This the __5__ day of October, 2010.

_____
Honorable James C. Dever, III
United States District Judge