UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:09-CR-344-1D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | ORDER |
| | ) | |
| RICHARD P. WILSON, | ) | |
| Defendant. | ) | |

THIS matter coming to be heard upon Defendant Richard P. Wilson's Motion
Regarding Competency Evaluation, and the Court giving consideration to Defendant's
contentions regarding irregularities in the examination and report of the Court's
appointed expert on competency;

Defendant's Motion to dismiss his indictment is

\_\_\_\_\_ GRANTED

\_✓\_ DENIED

SO ORDERED. This the \_\_16\_\_ day of March, 2011.

Honorable James C. Dever, III
United States District Judge